# Order

**Michigan Supreme Court**
**Lansing, Michigan**

May 25, 2018

Stephen J. Markman,
Chief Justice

Brian K. Zahra
Bridget M. McCormack
David F. Viviano
Richard H. Bernstein
Kurtis T. Wilder
Elizabeth T. Clement,
Justices

156223(97)

PEOPLE OF THE STATE OF MICHIGAN,
      Plaintiff-Appellant,

v

                                    SC: 156223
                                    COA: 327296
                                    Kalamazoo CC: 2014-000714-FC

BRIAN KEITH ROBERTS,
      Defendant-Appellee.
_____/

      On order of the Chief Justice, the motion of defendant-appellee to extend the time for filing his supplemental brief is GRANTED. The supplemental brief will be accepted as timely filed if submitted on or before June 22, 2018.



      I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

May 25, 2018                     

                                            Clerk